The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

May 19, 2022

**Via ECF**

Hon. Vernon Broderick
United States District Court of New York
40 Foley Square, Room 1105
New York, New York 10007

      Re:    *Quiroga v. L.L.B., Inc. et al.*
              1:21-CV-11103 (VSB)

Dear Judge Broderick:

      This office represents Plaintiff in the above captioned matter.   The parties write jointly to respectfully request a stay and/or an extension of the current discovery deadlines.  The basis for the request is that, as the Court is aware, the parties have agreed to attend a settlement conference before Magistrate Willis.  The settlement conference is scheduled for June 8, 2022.  The parties believe it would be prudent to minimize litigation costs prior to the settlement conference in order to maximum the likelihood of a settlement.

      This is the parties' first request for a stay or an extension of the discovery deadlines. Should the Court not be inclined to grant the parties' request for a stay, the parties respectfully request an opportunity to submit a revised discovery schedule to the Court.

                              Respectfully,

                              */s Jacob Aronauer*
                              Jacob Aronauer

**Via ECF**
*All attorneys on record*

Application granted in part and denied in part.  My case management plan provides that "[t]he use of any alternative dispute resolution mechanism does not stay or modify any date in this order."  (Doc. 9, at ¶ 13.)  However, I will extend the current discovery deadlines.  The parties shall file a revised case management plan reflecting the new proposed deadlines on or before June 15, 2022, or a letter indicating that additional time is needed to complete settlement discussions with an anticipated date for the completion of such discussions.

SO ORDERED:

*Vernon Broderick*  05/20/22
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE