UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                          :

FAUSTINO QUIROGA,

                                  Plaintiff,

             -against-                        21-CV-11103 (VSB)

                                                             **ORDER**

L.L.B., INC., et al.,

                                Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The parties have advised me that they have reached a settlement agreement in this Fair Labor Standards Act ("FLSA") case. (Docs. 21, 22.) Accordingly, it is hereby

       ORDERED that the post-discovery conference scheduled for August 5, 2022 at 3:00 p.m., (Doc. 9), is adjourned sine die.

SO ORDERED.

Dated:     July 11, 2022
              New York, New York

                                                           Vernon S. Broderick
                                                           United States District Judge