UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
FAUSTINO QUIROGA,                                        :
                                                         :
                                      Plaintiff,         :
                                                         :                    21-CV-11103 (VSB)
                         -against-                        :
                                                         :                    **ORDER**
L.L.B., INC., et al.,                                    :
                                                         :
                                      Defendants.        :
                                                         :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On July 8, 2022, the parties filed an AO 85 Notice, Consent, and Reference of a Civil

Action to a Magistrate Judge form, amended to indicate that their consent was "FOR

APPROVAL OF THE FLSA SETTLEMENT AGREEMENT ONLY." (Doc. 23.)  This

alteration is improper.  If the parties intend to consent to a magistrate judge's consideration of a

specific dispositive motion, the parties are directed to instead file an AO 85A Notice, Consent,

and Reference of a Dispositive Motion to a Magistrate Judge form, available at

https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-4.pdf.  If the parties intend to

consent to a magistrate judge's authority over the entire civil action, the parties are directed to re-

file the AO 85 form, without revision, available at

https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, on or before July 15, 2022.

SO ORDERED.

Dated:  July 11, 2022
        New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge